**Chad M. Colton, OSB #065774**
ChadColton@MarkowitzHerbold.com
**MARKOWITZ HERBOLD PC**
1455 SW Broadway, Suite 1900
Portland, OR  97201
Telephone: (503) 295-3085

**Mark A. Salky,** *Pro Hac Vice Forthcoming*
Florida Bar No. 058221
Mark.Salky@GTLaw.com
**James E. Gillenwater,** *Pro Hac Vice Forthcoming*
Florida Bar No. 1013518
GillenwaterJ@GTLaw.com
**Jameris M. Ocasio Palacios,** *Pro Hac Vice Forthcoming*
Florida Bar No. 1049691
Jameris.OcasioPalacios@GTLaw.com
**GREENBERG TRAURIG, P.A.**
333 Southeast Second Avenue, Suite 4400
Miami, FL  33131
Telephone: (305) 579-0500

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| DEBRA JOANN COATES GRIFFIN,<br><br>                    Plaintiff,<br><br>    v.<br><br>SENIOR HEALTHCARE ADVISORS LLC,<br><br>                    Defendant. | Case No. 6:25-cv-01220-AA<br><br>**DECLARATION OF JOSHUA BRIGGS IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS OR TRANSFER** |

Page 1 –    DECLARATION OF JOSHUA BRIGGS IN SUPPORT OF DEFENDANT'S
            MOTION TO DISMISS OR TRANSFER

I, Joshua Briggs, declare the following:

1.     I am Joshua Briggs, SVP for Digipropz, LLC ("Digipropz"). I have been employed with Digipropz since 9/17/2017. I have held my current position of SVP since 1/1/2024.

2.     I am over the age of eighteen, of sound mind and body, and submit this declaration in support of Defendant Senior Healthcare Advisors, LLC's Motion to Dismiss or, in the Alternative, to Transfer the Complaint (the "Motion") in the above captioned case. Based on my experience working for Digipropz, and my review of relevant company records, I have personal knowledge of every fact stated in this declaration and, if called to testify as a witness, would competently and truthfully testify to those facts. I am personally familiar with the record retention policies and record keeping systems of Digipropz.

3.     Digipropz operates a performance-based ad network offering different digital advertising structures for its clients, such as Cost Per Click ("CPC"), Cost Per Lead ("CPL"), Cost Per Acquisition ("CPA") and Cost Per Sale ("CPC"). Among its operations, Digipropz operates consumer-facing websites where consumers can interact with advertisements and submit their information in connection with requests to be contacted by those advertisers. One such website owned and operated by Digipropz is https://find.my-cash-searches.com (the "Website").

4.     Based on my experience working for Digipropz and my responsibilities as SVP, I am personally familiar with how our online properties, including the Website, display our clients' advertisements, disclosures, and Terms and Conditions to users for their consent including how users' consent is recorded and maintained.

Page 2 –     DECLARATION OF JOSHUA BRIGGS IN SUPPORT OF DEFENDANT'S
             MOTION TO DISMISS OR TRANSFER

5. I am personally familiar with the records kept concerning a visit to the website, https://find.my-cash-searches.com/, on June 17, 2025, at approximately 2:08 PM ET (the "Visit"). All records identified and produced in connection with this Motion were made during the normal course of business at or near the time the event giving rise to the creation of the records occurred.

6. The following is a static image of the advertisement displayed during the Visit:

Page 3 –    DECLARATION OF JOSHUA BRIGGS IN SUPPORT OF DEFENDANT'S
            MOTION TO DISMISS OR TRANSFER



Page 4 –     DECLARATION OF JOSHUA BRIGGS IN SUPPORT OF DEFENDANT'S
             MOTION TO DISMISS OR TRANSFER

7. A copy of the "Terms and Conditions" linked in the advertisement above is attached as **Exhibit 1**.

8. All of the relevant information and metadata from the consumer's interaction with the advertisement, including a Session Replay, has been captured by TrustedForm in the Certificate of Authenticity for Web Leads in Certificate ID: 4484926e50fc6a331b316db08acc45f9503ab308. This is information is viewable on https://cert.trustedform.com/4484926e50fc6a331b316db08acc45f9503ab308/assets/?shared_token=T1cxellUUjFkV1Z6VnpoQlFsaE9PRmhXYlVseU1VdFdXbEJJUlRWTFptcG9jRWhoZDAxU2EwNUJTV05tWjNBNWREbG9aRWhHTDNwVWJsZFJWelIwWVV4SWIwRmFUVmRsYWkKWU5UVktibnBEZVUZSS2VqZFhHUV2xaV1dSS2JHcFRSek16U0hoc2lwNW1aRGc5TFMxR... FZYbFFaRXN5UTNOQ2FrMTNjRGs1VWxsQ2R6QlJQVDA9LS1kNmY4YWNhYWI2M2VhZWRjYjJjNWVlOTVmMjY2ZjRhYWEwY2Q3YmE5#certificate .

9. Screenshots from that TrustedForm Certificate are set forth below:

**Page 5 –**     DECLARATION OF JOSHUA BRIGGS IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS OR TRANSFER



      10.      Per the data recorded by TrustedForm and present on the Certificate, the user visited https://find.my-cash-searches.com/ from an Android mobile device, clicking through various pages and filling out personal information, including name, birthday, address, email

Page 6 –      DECLARATION OF JOSHUA BRIGGS IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS OR TRANSFER

address, gender, and phone number, prior to encountering Senior Healthcare Advisor, LLC's advertisement.

11. The Session Replay video from the Visit shows the user interacting with Senior Healthcare Advisors' advertisement—which appears resized with enlarged text to fit on the mobile device screen—including scrolling to view the text below the large clickable green buttons and then clicking on one of the green buttons other than the "Skip / No Call" option.

12. Screenshots from that Session Replay video are as follows:



Page 7 –     DECLARATION OF JOSHUA BRIGGS IN SUPPORT OF DEFENDANT'S
             MOTION TO DISMISS OR TRANSFER

13. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed September 15, 2025 at Austin, Texas.

*/s/ Joshua Briggs*
Joshua Briggs

**Page 8 –**   **DECLARATION OF JOSHUA BRIGGS IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS OR TRANSFER**