Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529
Attorney for Plaintiff and the Proposed Class

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION**

| | | |
|---|---|---|
| DEBRA JOANN COATES GRIFFIN, on behalf of herself and others similarly situated, | : : : : | CIVIL ACTION FILE NO. 6:25-cv-1220 |
| Plaintiff, | : : : | DECLARATION IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS |
| v. | : : | TCPA (47 U.S.C. § 227) |
| SENIOR HEALTHCARE ADVISORS LLC | : : | DEMAND FOR JURY TRIAL |
| Defendant. | : : : | |

**DECLARATION OF DEBRA JOANN COATES GRIFFIN**

1. My name is Debra Joann Coates Griffin. I am over 18 years old. I can testify competently to the undersigned statements.

2. My telephone number 541-XXX-XXXX is on the National Do-Not-Call Registry.

3. My telephone number 541-XXX-XXXX is a cellular telephone number.

4. I am the user of 541-XXX-XXXX.

5. The 541-XXX-XXXX number is registered in my name and I am the subscriber of record.

6. I have not and did not want health insurance sold by Defendant, either through Defendant directly or as offered by Digipropz, LLC on its find.my-cash-searches.com website.

Declaration

1

7. I did not visit the website find.my-cash-searches.com, nor would I have any reason to have visited the website.

8. I know this because there are numerous factual inconsistencies with the data associated with the alleged submission.

9. For example, I understand that the website submission allegedly originated from the IP address 174.194.132.224.

10. Not only is that not my IP address, but that my attorneys have analyzed the IP address and determined it is associated with Verizon Business internet service, a service to which I am not and have never subscribed.

11. On the date and time of the alleged website submission, I would have been driving, but the Defendant's data shows the opt in originated from a website submission in California.

12. Also, the alleged website visit is not in my internet history.

13. The other information allegedly submitted on the website is simply publicly available biographical information about me.

14. I am not and have never been a customer of Defendant, nor Digipropz, nor entered into any contract or agreement with them, including to litigate this matter in a particular venue or to receive calls.

15. I never requested to be contacted by Defendant, nor Digipropz, or anyone on their behalf, and I never gave prior express written consent, or any manner of consent, to receive any telemarketing calls from them.

16. I also reviewed the screenshot of the website I am alleged to have visited. I do not recall visiting this website.

Declaration

17. I did not have any notice of those terms and conditions, including the forum clause, until the Defendant filed their motion.

18. I certainly did not agree to receive the subject calls, let alone litigate my claims in Texas.

19. I have never inputted any information, let alone my phone number or other information, into the find.my-cash-searches.com website, nor directed anyone to do so.

20. Consequently, I unequivocally state that I did not submit any information, including any of my information to that website, either.

21. I did not give anyone else permission to visit the website or to submit information on it.

22. These calls were unwanted, intrusive, and disturbed my privacy and domestic peace. I do not want such calls.

23. I did not provide consent, nor did I authorize anyone to do so on my behalf, to receive calls, text messages, or litigate claims in a particular forum in any manner whatsoever.

24. I do not welcome these illegal calls and have taken measures for them to stop, including by placing my number on the Do-Not-Call Registry and holding those who call me accountable for their actions.

25. I was harmed by the Defendant's calls. Illegal calls are frustrating, obnoxious, and annoying. They are a nuisance and disturbed my solitude.

26. I brought this case as a class action because I know that there are likely thousands more people in a similar situation such as myself, having received calls from Defendant without their consent.

Declaration

3

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

**Executed this 20th day of October 2025, in the United States of America,**

_____

**Debra Joann Coates Griffin**