Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529
Attorney for Plaintiff and the Proposed Class

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| DEBRA JOANN COATES GRIFFIN, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SENIOR HEALTHCARE ADVISORS LLC<br><br>Defendant. | CIVIL ACTION FILE NO.<br>6:25-cv-1220<br><br>BRIEF IN OPPOSITION TO DEFENDANT'S<br>MOTION TO DISMISS<br>TCPA (47 U.S.C. § 227)<br>DEMAND FOR JURY TRIAL |

**NOTICE OF RESOLUTION AND JOINT REQUEST TO STAY**

Plaintiff Debra Joann Coates Griggin ("Plaintiff") and Defendant Senior Healthcare Advisors LLC (individually, "Defendant," and collectively with Plaintiff, the "Parties"), with Defendant's notice and permission, hereby respectfully inform the Court that the Parties have reached a tentative resolution of all the Parties' differences and disputes in the above-captioned matter on an individual (non-class) basis. The Parties anticipate that a stipulation of dismissal in this regard will be filed in the next sixty (60) days. In the meantime, so that the Parties can finalize their resolution without incurring additional litigation expenses or burdening the Court, the Parties jointly and respectfully request that the Court vacate all pending case deadlines and temporarily stay the case, and that the Court retain jurisdiction and not dismiss this matter at this time.

Page 1 – NOTICE OF RESOLUTION AND JOINT REQUEST TO STAY

Dated: November 3, 2025    Respectfully submitted,

By: /s/ Andrew Roman Perrong

Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529

*Attorney for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that, on November 3, 2025, the foregoing was served electronically via email to Plaintiff, sent to the email addresses for counsel of record identified on the Court's CM/ECF docket system for the above-referenced matter.

/s/ Andrew Roman Perrong

Andrew Roman Perrong, Esq.