# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DEBRA JEAN COATS GRIFFIN, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SENIOR HEALTHCARE ADVISORS LLC<br><br>Defendant. | Case No. 6:25-cv-01220-AA |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

The Plaintiff hereby files this Notice of Voluntary Dismissal with Prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

DATED this 22nd day of January, 2026.

By: /s/ Anthony I. Paronich
Anthony I. Paronich, Esq.

PARONICH LAW, P.C.
Anthony I. Paronich, Esq.
*Counsel for Plaintiff*
350 Lincoln Street, Suite 2400
Hingham, MA 02043.
(508) 221-1510
anthony@paronichlaw.com